

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. PD-1344-15

### EX PARTE JOSE E. DUQUE, Applicant

### ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW FROM THE FIRST COURT OF APPEALS HARRIS COUNTY

*Per curiam.*

### O P I N I O N

Appellant, a native of Honduras, entered a plea bargain and was placed on deferred adjudication for the felony offense of assault of a family member. A few months later, the Department of Homeland Security initiated removal proceedings. Pursuant to the provisions of Article 11.072 of the Texas Code of Criminal Procedure, Appellant filed an application for writ of habeas corpus claiming that his plea was involuntary and that he received ineffective assistance of counsel because he was not informed of the deportation consequences of his guilty plea as required by *Padilla v. Kentucky*, 559 U.S. 356 (2010). The trial court entered findings of fact and conclusions of law denying relief and Appellant appealed. The Court of Appeals affirmed, holding that

Appellant had not shown prejudice to support his claim. *Ex parte Duque*, No. 01-15-00014-CR (Tex. App.–Houston [1st Dist], Sept. 15, 2015) (not designated for publication). Appellant petitioned this Court for discretionary review.

When the Court of Appeals issued its opinion in this case, it did so without the benefit of this Court's recent opinion in *Ex parte Torres*, ___ S.W.3d ___; No. PD-0679-14 (Tex. Crim App. Feb. 10, 2016). Therefore, we vacate the judgment of the Court of Appeals and remand for that court to consider the effect of *Torres*, if any, on its reasoning and analysis in this case.

Delivered: April 6, 2016
Do not publish